IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00176-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| OMAR WILSON, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se motion for reduction of sentence [DE 54]. Defendant asserts that he received a "one-point enhancement on 11-15-16 for a small amount of marijuana," and asks for a reduction based on an "executive order ... signed in May 2023." A review of the record reflects that Defendant was scored one point in a criminal history computation for a possession conviction in November 2016. PSR ¶ 28. Defendant's criminal history points totaled 16 for a criminal history score of VI. *See id.* ¶ 30. Even if the court were to reduce the total by one point, it would still result in a score of VI. *See* U.S.S.C. § 5.A (thirteen or more criminal history points result in a score of VI). Accordingly, the court finds no basis on which to grant Defendant's request, and the motion is DENIED.

SO ORDERED this 12th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE